UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

___

DAVID G. VELDE,                                                                  Civil No. 07-316 (RHK)
CHAPTER 7 TRUSTEE,

    PLAINTIFF/APPELLEE,

**ORDER**

VS.

DAVID KIRSCH,

    DEFENDANT/APPELLANT.

___

The parties to this Appeal, by and through their attorneys, have filed a Stipulation with respect to extending the time for filing Briefs and waiving oral argument. The Court being fully advised, approves the Stipulation.

**SO ORDERED** this 16th day of February, 2007.

                                  s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  UNITED STATES DISTRICT JUDGE